# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

FRANKIE WILLIAMS,
ADC #95949                                                                                              PLAINTIFF

v.                                         2:15CV00180-JM-JTK

RORY GRIFFIN, et al.                                                                              DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants Griffin and Correct Care Solution are DISMISSED from this action, without prejudice.

IT IS SO ORDERED this 14th day of December, 2015.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE