**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

FRANKIE WILLIAMS,
ADC #95949                                                                                                    PLAINTIFF

V.                                            2:15CV00180-JM-JTK

RORY GRIFFIN, et al.                                                                                   DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.  There have been no objections.  After a review of those proposed findings and recommendations, the Court adopts them in their entirety.  Accordingly,

IT IS, THEREFORE, ORDERED that Defendant Rowland's Motion for Partial Summary Judgment (Doc. No. 59) is GRANTED, and Rowland is DISMISSED without prejudice from Plaintiff's complaint.

IT IS SO ORDERED this 6th day of June, 2016.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE