IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

FRANKIE WILLIAMS,                                                                                        PLAINTIFF
ADC #95949

v.                                          2:15cv00180-JM-JTK

RORY GRIFFIN, et al.                                                                                    DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.  There have been no objections.  After a review of those proposed findings and recommendations, the Court adopts them in their entirety.  Accordingly,

IT IS, THEREFORE, ORDERED that:

1)   Defendants' Motion for Summary Judgment (Doc. Nos. 71) is GRANTED.

2)   Plaintiff's allegations against Defendants Butler and Stieve are DISMISSED with prejudice.

3)   The Clerk shall correct the docket to reflect the correct name of Defendant Stieve.

An appropriate Judgment shall accompany this Order

IT IS SO ORDERED this 4th day of November, 2016.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE